| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) HEARTFIELD, THAD | 2. Court or Organization U.S.D.C. (TEXAS EASTERN) | 3. Date of Report 7/30/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) DISTRICT COURT JUDGE (ACTIVE) | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address POST OFFICE BOX 949 BEAUMONT, TEXAS 77704 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED Aug 5 10 54 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V.  GIFTS.   (Includes those to spouse and dependent children.  See pp. 28-31 of instructions.)

☑ **NONE**   - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI.  LIABILITIES.   (Includes those of spouse and dependent children.  See pp. 32-34 of instructions.)

☑ **NONE**   - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 7/30/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.    American General Annuity | A | Interest | J | T | | | | | |
| 2.    American General Annuity | A | Interest | J | T | | | | | |
| 3.    Southtrust Bank, Checking | B | Interest | L | T | | | | | |
| 4.    Southtrust Bank, Checking | A | Interest | K | T | | | | | |
| 5.    Southtrust Bank, Checking | A | Interest | J | T | | | | | |
| 6.    Hebbronville State Bank Stock, Hebbronville, TX | | None | J | T | | | | | |
| 7.    Anadarko Petroleum Corporation (X) | A | Royalty | J | T | | | | | |
| 8.    General American Universal Life (X) | | None | J | T | | | | | |
| 9.    Morgan Stanley AAA | | | | | | | | | |
| 10.   MS Money Market | A | Dividend | L | T | | | | | |
| 11.   Morgan Stanley IRA #1 (MS IRA #1) | | | | | | | | | |
| 12.   MS IRA #1 Money Market | A | Dividend | K | T | | | | | |
| 13.   MS IRA #1 Financing Corp. FICO Strips 2/3/08 | | None | K | T | | | | | |
| 14.   MS IRA #1 U.S. Treasury Strips 5/15/09 | | None | L | T | | | | | |
| 15.   MS IRA #1 Fannie Mae (FMNA) 6.15 12/10/07 | B | Interest | K | T | | | | | |
| 16.   MS IRA #1 Fed. Home Loan Mortgage (FHLMC) 5.125 CPN 10/15/08 | B | Interest | K | T | | | | | |
| 17.   MS IRA #1 Fed. Home Loan Bank 5.79 CPN 4/27/09 | B | Interest | K | T | | | | | |
| 18.   MS IRA #1 Fannie Mae (FNMA) 6.40 CPN 5/14/09 | B | Interest | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. MS IRA #1 Fed. Home Loan Mortgage (FHLMC) 8/15/12 | A | Interest | J | T | buy | 3/4 | J | | |
| 20. MS IRA #1 MS Info. Fund - Name changed from Technology Fund | | None | J | T | | | | | |
| 21. MS IRA #1 Alliance Premier Grth Fund | | None | K | T | | | | | |
| 22. MS IRA #1 Opperheimer Strategic Income Fund | C | Interest | L | T | | | | | |
| 23. MS IRA #1 Merrill Lynch Fundamental Growth Fund | | None | | | sell | 10/7 | K | A | |
| 24. MS IRA #1 Federated Bond Fund | C | Interest | L | T | | | | | |
| 25. MS IRA #1 Davis New York Venture Fund | A | Dividend | K | T | | | | | |
| 26. MS IRA #1 PIMCO Total Return Fund | C | Interest | M | T | | | | | |
| 27. MS IRA #1 Merrill Lynch Global Value Fund | | None | | | sell | 10/7 | L | A | |
| 28. MS IRA #1 Bond Fund of America | C | Interest | L | T | | | | | |
| 29. MS IRA #1 Europacific Growth Fund | A | Dividend | L | T | | | | | |
| 30. MS IRA #1 Growth Fund of America | A | Dividend | K | T | | | | | |
| 31. MS IRA #1 Investment Company of America | B | Dividend | L | T | | | | | |
| 32. MS IRA #1 Merrill Lynch Basic Value Fund | | None | | | sell | 10/7 | K | A | |
| 33. MS IRA #1 Discover CD 5.20 CPN 2/28/03 | A | Interest | | | matured | 2/28 | K | A | |
| 34. MS IRA #1 Discover CD 5.45 CPN 3/1/04 | B | Interest | K | T | | | | | |
| 35. MS IRA #1 American National CD 5.60 CPN 2/28/05 | B | Interest | K | T | | | | | |
| 36. MS IRA #1 First USA Bank CD 5.75 CPN 2/28/06 | B | Interest | K | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 7/30/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. MS IRA #1 Greenwood Trust CD 7.00 CPN 1/26/10 | A | Interest | J | T | | | | | |
| 38. MS IRA #1 Discover Bank CD 6.95 CPN 8/9/10 | A | Interest | J | T | | | | | |
| 39. MS IRA #1 Discover Bank CD 6.80 CPN 9/7/10 | A | Interest | J | T | | | | | |
| 40. MS IRA #1 Providian National CD 6.10 CPN 3/7/11 | B | Interest | K | T | | | | | |
| 41. MS IRA #1 Hartford Select Leaders 2 Variable Annuity (HTF) | | | | | | | | | |
| 42. MS IRA #1 HTF American Growth Fund | | None | K | T | buy | 10/9 | K | | |
| 43. MS IRA #1 HTF American Growth & Income | | None | K | T | buy | 10/9 | K | | |
| 44. MS IRA #1 HTF American Global Growth | | None | K | T | buy | 10/9 | K | | |
| 45. MS IRA #1 HTF Franklin Mutal Shares | | None | K | T | buy | 10/9 | K | | |
| 46. MS IRA #1 HTF MFS Total Return Fund | | None | K | T | buy | 10/9 | K | | |
| 47. Morgan Stanley IRA #2 (MS IRA #2) | | | | | | | | | |
| 48. MS IRA #2 Merrill Lynch Fundamental Growth | | None | | | sell | 10/7 | K | A | |
| 49. MS IRA #2 Merrill Lynch Global Value Fund | | None | | | sell | 10/7 | K | A | |
| 50. MS IRA #2 Hartford Select Leaders 2 Variable Annuity (HTF) | | | | | | | | | |
| 51. MS IRA #2 HTF American Growth Fund | | None | K | T | buy | 10/9 | K | | |
| 52. MS IRA #2 HTF American Growth & Income | | None | K | T | buy | 10/9 | K | | |
| 53. MS IRA #2 HTF American Global Growth | | None | K | T | buy | 10/9 | K | | |
| 54. MS IRA #2 HTF Franklin Mutual Shares | | None | K | T | buy | 10/9 | K | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes: (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 7/30/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. | MS IRA #2 HTF MFS Total Return | | None | K | T | buy | 10/9 | K | | |
| 56. | MS IRA #2 Money Market (X) | A | Interest | J | T | | | | | |
| 57. | Nuveen Insured Quality Municipal Fund | B | Dividend | K | T | | | | | |
| 58. | Nuveen Insured Premium Income Municipal Fund | B | Dividend | K | T | | | | | |
| 59. | Nuveen Insured Municipal Opportunity Fund | B | Dividend | K | T | | | | | |
| 60. | Alliance Money Res. | B | Dividend | K | T | | | | | |
| 61. | Dallas TX ISD Bond 4.25% 8/15/10 | B | Interest | K | T | | | | | |
| 62. | Georgetown TX Utility Bond 4.80% 8/15/04 | B | Interest | K | T | | | | | |
| 63. | Houston TX Area Water Corp 5.5% 3/1/12 | B | Interest | K | T | | | | | |
| 64. | Pearland TX Certificate of Obligation 5/25% 3/1/10 | B | Interest | K | T | | | | | |
| 65. | Plano TX ISD Bond 4.9% 2/15/07 | B | Interest | K | T | | | | | |
| 66. | Rowlett TX Certificate of Obligation 5.5% 2/15/09 | B | Interest | K | T | | | | | |
| 67. | Sachse TX Certificate of Obligation 5.0% 2/15/08 | B | Interest | K | T | | | | | |
| 68. | San Antonio TX Electric & Gas 5/25% 2/1/11 | B | Interest | K | T | | | | | |
| 69. | San Antonio TX Water Rev Bond 5.0% 5/15/13 | B | Interest | K | T | | | | | |
| 70. | Texas State Rfdg Service Bond 5/125% 10/1/09 | B | Interest | K | T | | | | | |
| 71. | Texas State PFA Bond 5.70% 2/1/05 | B | Interest | K | T | | | | | |
| 72. | Texas Tech University Rev Bond 5.0% 8/15/25 | B | Interest | K | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 7/30/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Texas Water Develop Bond 4.6% 7/15/03 | B | Interest | | | redemption | 7/15 | K | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | HEARTFIELD, THAD | 7/30/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

VII. INVESTMENTS AND TRUSTS

68. San Antonio TX Electric & Gas - This line is a combination of lines 60 and 61.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat_____          Date: *July 30, 2004*

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

**FINANCIAL DISCLOSURE REPORT**

Calendar Year 2003

in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) HEARTFIELD, THAD | 2. Court or Organization U.S.D.C. (TEXAS EASTERN) | 3. Date of Report 5/5/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) DISTRICT COURT JUDGE (ACTIVE) | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address POST OFFICE BOX 949 BEAUMONT, TEXAS 77704 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer Date | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED May 11 10 29 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dep ndent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No r portable liabiliti s.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| □ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. American General Annuity | A | Interest | J | T | | | | | |
| 2. American General Annuity | A | Interest | J | T | | | | | |
| 3. Southtrust Bank, Checking | B | Interest | L | T | | | | | |
| 4. Southtrust Bank, Checking | A | Interest | K | T | | | | | |
| 5. Southtrust Bank, Checking | A | Interest | J | T | | | | | |
| 6. Hebbronville State Bank Stock, Hebbronville, TX | | None | J | T | | | | | |
| 7. Anadarko Petroleum Corporation (X) | A | Royalty | J | T | | | | | |
| 8. General American Universal Life (X) | | None | J | T | | | | | |
| 9. Morgan Stanley AAA | | | | | | | | | |
| 10. MS Money Market | A | Dividend | L | T | | | | | |
| 11. Morgan Stanley IRA #1 (MS IRA #1) | | | | | | | | | |
| 12. MS IRA #1 Money Market | A | Dividend | K | T | | | | | |
| 13. MS IRA #1 Financing Corp. FICO Strips 2/3/08 | | None | K | T | | | | | |
| 14. MS IRA #1 U.S. Treasury Strips 5/15/09 | | None | L | T | | | | | |
| 15. MS IRA #1 Fannie Mae (FMNA) 6.15 12/10/07 | B | Interest | K | T | | | | | |
| 16. MS IRA #1 Fed. Home Loan Mortgage (FHLMC) 5.125 CPN 10/15/08 | B | Interest | K | T | | | | | |
| 17. MS IRA #1 Fed. Home Loan Bank 5.79 CPN 4 27/09 | B | Interest | K | T | | | | | |
| 18. MS IRA #1 Fannie Mae (FNMA) 6.40 CPN 5/14/09 | B | Interest | K | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. MS IRA #1 Fed. Home Loan Mortgage (FHLMC) 8/15/12 | A | Interest | J | T | buy | 3/4 | J | | |
| 20. MS IRA #1 MS Info. Fund - Name changed from Technology Fund | | None | J | T | | | | | |
| 21. MS IRA #1 Alliance Premier Grth Fund | | None | K | T | | | | | |
| 22. MS IRA #1 Opperheimer Strategic Income Fund | C | Interest | L | T | | | | | |
| 23. MS IRA #1 Merrill Lynch Fundamental Growth Fund | | None | | | sell | 10/7 | K | A | |
| 24. MS IRA #1 Federated Bond Fund | C | Interest | L | T | | | | | |
| 25. MS IRA #1 Davis New York Venture Fund | A | Dividend | K | T | | | | | |
| 26. MS IRA #1 PIMCO Total Return Fund | C | Interest | M | T | | | | | |
| 27. MS IRA #1 Merrill Lynch Global Value Fund | | None | | | sell | 10/7 | L | A | |
| 28. MS IRA #1 Bond Fund of America | C | Interest | L | T | | | | | |
| 29. MS IRA #1 Europacific Growth Fund | A | Dividend | L | T | | | | | |
| 30. MS IRA #1 Growth Fund of America | A | Dividend | K | T | | | | | |
| 31. MS IRA #1 Investment Company of America | B | Dividend | L | T | | | | | |
| 32. MS IRA #1 Merrill Lynch Basic Value Fund | | None | | | sell | 10/7 | K | A | |
| 33. MS IRA #1 Discover CD 5.20 CPN 2/28/03 | A | Interest | | | matured | 2/28 | K | A | |
| 34. MS IRA #1 Discover CD 5.45 CPN 3/1/04 | B | Interest | K | T | | | | | |
| 35. MS IRA #1 American National CD 5.60 CPN 2/28/05 | B | Interest | K | T | | | | | |
| 36. MS IRA #1 First USA Bank CD 5.75 CPN 2/28/06 | B | Interest | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,000-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    ● = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/sell r (if private transaction) |
| 37. MS IRA #1 Greenwood Trust CD 7.00 CPN 1/26/10 | A | Interest | J | T | | | | | |
| 38. MS IRA #1 Discover Bank CD 6.95 CPN 8/9/10 | A | Interest | J | T | | | | | |
| 39. MS IRA #1 Discover Bank CD 6.80 CPN 9/7/10 | A | Interest | J | T | | | | | |
| 40. MS IRA #1 Providian National CD 6.10 CPN 3/7/11 | B | Interest | K | T | | | | | |
| 41. MS IRA #1 Hartford Select Leaders 2 Variable Annuity (H&F) | | | | | | | | | |
| 42. MS IRA #1 H&F American Growth Fund | | None | K | T | buy | 10/9 | K | | |
| 43. MS IRA #1 H&F American Growth & Income | | None | K | T | buy | 10/9 | K | | |
| 44. MS IRA #1 H&F American Global Growth | | None | K | T | buy | 10/9 | K | | |
| 45. MS IRA #1 H&F Franklin Mutal Shares | | None | K | T | buy | 10/9 | K | | |
| 46. MS IRA #1 H&F MFS Total Return Fund | | None | K | T | buy | 10/9 | K | | |
| 47. Morgan Stanley IRA #2 (MS IRA #2) | | | | | | | | | |
| 48. MS IRA #2 Merrill Lynch Fundamental Growth | | None | | | sell | 10/7 | K | A | |
| 49. MS IRA #2 Merrill Lynch Global Value Fund | | None | | | sell | 10/7 | K | A | |
| 50. MS IRA #2 Hartford Select Leaders 2 Variable Annuity (H&F) | | | | | | | | | |
| 51. MS IRA #2 H&F American Growth Fund | | None | K | T | buy | 10/9 | K | | |
| 52. MS IRA #2 H&F American Growth & Income | | None | K | T | buy | 10/9 | K | | |
| 53. MS IRA #2 H&F American Global Growth | | None | K | T | buy | 10/9 | K | | |
| 54. MS IRA #2 H&F Franklin Mutual Shares | | None | K | T | buy | 10/9 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,000-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. MS IRA #2 H&F MFS Total Return | | None | K | T | buy | 10/9 | K | | |
| 56. MS IRA #2 Money Market | A | Interest | J | T | | | | | |
| 57. Nuveen Insured Quality Municipal Fund | B | Dividend | K | T | | | | | |
| 58. Nuveen Insured Premium Income Municipal Fund | B | Dividend | K | T | | | | | |
| 59. Nuveen Insured Municipal Opportunity Fund | B | Dividend | K | T | | | | | |
| 60. Alliance Money Res. | B | Dividend | K | T | | | | | |
| 61. Dallas TX ISD Bond 4.25% 8/15/10 | B | Interest | K | T | | | | | |
| 62. Georgetown TX Utility Bond 4.80% 8/15/04 | B | Interest | K | T | | | | | |
| 63. Houston TX Area Water Corp 5.5% 3/1/12 | B | Interest | K | T | | | | | |
| 64. Pearland TX Certificate of Obligation 5/25% 3/1/10 | B | Interest | K | T | | | | | |
| 65. Plano TX ISD Bond 4.9% 2/15/07 | B | Interest | K | T | | | | | |
| 66. Rowlett TX Certificate of Obligation 5.5% 2/15/09 | B | Interest | K | T | | | | | |
| 67. Sachse TX Certificate of Obligation 5.0% 2/15/08 | B | Interest | K | T | | | | | |
| 68. San Antonio TX Electric & Gas 5/25% 2/1/11 | B | Interest | K | T | | | | | |
| 69. San Antonio TX Water Rev Bond 5.0% 5/15/13 | B | Interest | K | T | | | | | |
| 70. Texas State Rfdg Service Bond 5/125% 10/1/09 | B | Interest | K | T | | | | | |
| 71. Texas State PFA Bond 5.70% 2/1/05 | B | Interest | K | T | | | | | |
| 72. Texas Tech University Rev Bond 5.0% 8/15/25 | B | Interest | K | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Texas Water Develop Bond 4.6% 7/15/03 | B | Interest | | | redemption | 7/15 | K | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

VII.  INVESTMENTS AND TRUSTS

68.  San Antonio TX Electric & Gas - This line is a combination of lines 60 and 61.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | HEARTFIELD, THAD | 5/5/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu███████████████

Date   5-5-04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544